

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2025

No. 04-25-00529-CR

**IN RE** David **GARZA**

Original Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

On August 18, 2025, relator filed a petition seeking habeas corpus relief styled as a petition for writ of mandamus. The court looks to the substance of a petition, not how it is styled, to determine its nature. *See Brumley v. McDuff*, 616 S.W.3d 826, 833 (Tex. 2021); *In re Barnes*, No. 04-04-00877-CV, 2004 WL 2884205, at *1 (Tex. App. Dec. 15, 2004). This court does not have original habeas jurisdiction over criminal law matters such as this one. *See* TEX. GOV'T CODE ANN. § 22.221(d). Accordingly, relator's petition is **DISMISSED** for lack of jurisdiction.

It is so **ORDERED** on August 27, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th of August, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2009CR5735D4, styled *The State of Texas v. David Garza*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.